**Exhibit A to the Complaint**

**Location:** San Diego, CA  **IP Address:** 75.80.114.186
**Total Works Infringed:** 25  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | Vixen | 11/16/2018 09:17:03 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 2 | 1BA06FF511877DFA75B32024B4506A7C9BEB8D9C | Tushy | 01/23/2018 09:26:19 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 3 | 1D40D2F4C8ABDEDAE37F420DB83EA3292C19945F | Tushy | 03/18/2018 08:47:11 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 4 | 295A05A664DE1E858CF8837D08EE731BA0BFEF92 | Tushy | 07/01/2018 09:25:38 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 5 | 31D75A286A3A6B30B5554209AAFF9B1AA5C936F1 | Vixen | 08/22/2018 05:50:16 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 6 | 38C7E5746A3FDD697968C49275B81836A9454790 | Vixen | 10/08/2018 08:46:54 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 7 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 08/03/2018 08:54:55 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 8 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 03/25/2018 09:16:06 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 9 | 564D1E16A10D2D387F28AE28844602EA977A34FF | Vixen | 01/30/2018 10:11:44 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 10 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 12/12/2017 10:38:33 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 11 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/08/2018 08:24:07 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 12 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | Vixen | 06/19/2018 08:42:14 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 13 | 7A1551B9C87003EB6002EC500FBE59AAF1A921E3 | Vixen | 04/25/2018 10:46:01 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 14 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | Vixen | 10/23/2018 15:21:54 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 15 | A1DCE8522CD19C6338A6B7B7634672CADE4A1E61 | Vixen | 08/09/2018 19:07:37 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 16 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 02/22/2018 10:50:50 | 06/18/2017 | 07/07/2017 | PA0002070833 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B3DEFD5D9E8F8B3502CA29CFC04F8BA5ED6C6811 | Vixen | 05/25/2018 07:16:58 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 18 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/25/2018 07:45:40 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 19 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 10/17/2018 15:40:37 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 20 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/07/2018 09:07:05 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 21 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/09/2018 03:05:20 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 22 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/24/2018 07:43:47 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 23 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 07/30/2018 10:47:39 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 24 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | Tushy | 07/26/2018 07:29:47 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 25 | FDD81CFF1817BC22D3A21ED514ED0E622B2D7456 | Vixen | 11/06/2018 16:04:28 | 11/05/2018 | 11/25/2018 | PA0002136632 |